# EXHIBIT B

# US 7,313,580 Vittorio

# vs

# Dropbox Paper

# US 7,313,580 Vittorio
# vs
# Dropbox Paper



# Related Products

- The following chart is based on the review of Dropbox Paper Softech's Web Site.





https://web.archive.org/web/2025000000000*/https://www.dropbox.com/paper

# US7313580 Claim 1

1.  A method for sharing information between a group of users, wherein decentralized storage of a shared electronic document is provided where each user has a copy of the document, in which each of the users may make changes by incorporating or modifying information, where the exchange of data for synchronizing the document belonging to a given user with the rest by making them co-sharers of such changes comprises the following stages:

    an operation for saving the information in the local storage unit where only the new resources which are incorporated into the document, or those modified, are also stored in an information packet which is available in a spooler or waiting area for data to sent

    a synchronization order is issued which consists of encoding, packaging and sequencing of the data to adapt it to the transport manager

    sending to the rest of the users included in the list of users of all packets from the spooler encoded, with the dispatch being made from the computer which issues the synchronization order to each of the remaining computers

    receipt of the packets by the rest of the computers with decoding of them taking place to transform them into packets of resources to be incorporated, according to the sending sequence, into the copies of the document of the users receiving them

    generation of the resources which allow the document to be updated from the decoded packet

    transfer of the new document to the information manager for processing where all users have an exact copy of the updated document when all users carry out the synchronization order.

# US7313580 Claim 1

| | |
|---|---|
| [1.P] **A method for sharing information between a group of users,** | Dropbox paper has a method for sharing information, for example, "**Take advantage of real-time content collaboration**" and "**Easily collaborate, edit, and share content"**, between a group of users, for example, "**team members to work on documents simultaneously**". <br><br>"**Dropbox Paper is an online document workspace** … **Paper lets you easily collaborate with others** and access your Paper docs from anywhere." |

## Take advantage of real-time content collaboration

Easily collaborate, edit, and share content. Paper enables team members to work on documents simultaneously to boost efficiency, keep feedback or decision-making in one place, and maintain accountability by tracking contributions.

*https://www.dropbox.com/features/content-collaboration*

Dropbox Paper is an online document workspace, where you can organize and display text, media, and files all in one place. Paper lets you easily collaborate with others and access your Paper docs from anywhere.

*https://help.dropbox.com/organize/dropbox-paper-faqs*

# US7313580 Claim 1

| [1.P] **wherein decentralized storage of a shared electronic document is provided where each user has a copy of the document,** | Dropbox paper demonstrates collaborative document sharing across users. Each client maintains a local editable view/copy (cache), satisfying "each user has a copy." <br><br> For example, Dropbox says on their website, "**Dropbox Paper is an online document workspace, where you can organize and display text, media, and files all in one place. Paper lets you easily collaborate with others and access your Paper docs from anywhere**." |

Dropbox Paper is an online document workspace, where you can organize and display text, media, and files all in one place. Paper lets you easily collaborate with others and access your Paper docs from anywhere.

https://help.dropbox.com/organize/dropbox-paper-faqs

5

# US7313580 Claim 1

| [1.P] **in which each of the users may make changes by incorporating or modifying information, where the exchange of data for synchronizing the document belonging to a given user with the rest by making them co-sharers of such changes comprises the following stages** | Dropbox paper demonstrates collaborative document sharing across users. Each client maintains a local editable view/copy (cache), satisfying, in which each of the users may make changes by incorporating or modifying information, for example, "**Any team member you give this permission to can add, edit, delete, share, or download files in that folder**." "**With Dropbox teams, you can organize members of your team into groups, then share a folder or file with a group to grant access automatically to all group members**." |
| --- | --- |

With Dropbox teams, you can organize members of your team into groups, then share a folder or file with a group to grant access automatically to all group members. There are two types of groups:

https://help.dropbox.com/account-access/groups

# How to manage your Dropbox file and folder sharing permissions

Updated Jun 25, 2025

> 🙍 The information in this article applies to all Dropbox users, unless otherwise stated.

When you share a file or a folder with someone, you can decide which permissions they have:

- **Can edit**: Any team member you give this permission to can add, edit, delete, share, or download files in that folder.

https://help.dropbox.com/share/set-file-folder-permissions

5

# US7313580 Claim 1

| | |
|---|---|
| [1.1] **an operation for saving the information in the local storage unit where only the new resources which are incorporated into the document, or those modified, are also stored in an information packet which is available in a spooler or waiting area for data to sent** | Dropbox clients detect and locally store only new or modified data blocks when a file change occurs, queueing these updates in a local sync buffer until the notification service signals the servers to upload them—precisely matching the claim step describing saving new or changed information in a local spooler or waiting area before transmission. "**When a change to any file in Dropbox takes place, the notification service signals a change to the relevant client(s)**" and "**All of these clients connect to secure servers to provide access to files [and] update linked devices when files are added, changed, or deleted**." This means, local saving → spooling → sync. Dropbox clients locally detect edits and queue changed data blocks for upload to servers ("**notification service signals a change**"). The spooler corresponds to the local sync buffer. |

---

Notification Service

This is a separate service dedicated to monitoring if changes have been made to Dropbox accounts.

---

Notification Service

When a change to any file in Dropbox takes place, the notification service signals a change to the relevant client(s) by closing the long poll connection. Closing the connection signals that the client must connect to the Metadata Servers securely to synchronize any changes.

---

Dropbox Paper infrastructure

Dropbox users can access Paper docs at any time from the web and mobile clients, or through third-party applications connected to the Dropbox Paper application. All of these clients connect to secure servers to provide access to Paper docs, allow doc sharing with others, and update linked devices when docs are added, changed, or deleted.

*https://www.dropbox.com/business/trust/security/architecture*

8

# US7313580 Claim 1

| [1.2] **a synchronization order is issued which consists of encoding, packaging and sequencing of the data to adapt it to the transport manager** | Dropbox sync pipeline encodes file changes into blocks and metadata packets: The block servers store and transfer blocks between clients and servers over secure connections. The "**transport manager**" maps to Dropbox's "**HTTPS transfer layer**" , for example, Dropbox says, "**Block Servers process files from the Dropbox applications by splitting each into blocks, encrypting each file block using a strong cipher, and synchronizing only blocks that have been modified between revisions**." <br> "**The actual contents of users' files are stored in encrypted blocks with the Block Storage Servers**". **Dropbox uses secure socket layers (SSL)/ Transport layer security (TLS) for data Transfer**" |
|---|---|

Block Servers

By design, Dropbox provides a unique security mechanism that goes beyond traditional encryption to protect user data. Block Servers process files from the Dropbox applications by splitting each into blocks, encrypting each file block using a strong cipher, and synchronizing only blocks that have been modified between revisions. When a Dropbox application detects a new file or changes to an existing file, the application notifies the Block Servers of the change, and new or modified file blocks are processed and transferred to the Block Storage Servers. In addition, Block Servers are used to deliver files and previews to users.

Block Storage Servers

The actual contents of users' files are stored in encrypted blocks with the Block Storage Servers. Prior to transmission, the Dropbox client splits files into file blocks in preparation for the storage. The Block Storage Servers act as a Content-Addressable Storage (CAS) system, with each individual encrypted file block retrieved based on its hash value.

*https://www.dropbox.com/business/trust/security/architecture*

## Encryption

Dropbox files and Dropbox Paper docs at rest are encrypted using 256-bit Advanced Encryption Standard (AES). To protect data in transit between Dropbox apps (currently desktop, mobile, API, or web) and our servers, Dropbox uses Secure Sockets Layer (SSL)/Transport Layer Security (TLS) for data transfer, creating a secure tunnel protected by

# US7313580 Claim 1

transport manager equates to  Dropbox's "**HTTPS transfer layer**"



*https://www.dropbox.com/business/trust/security/architecture*

# US7313580 Claim 1

**[1.3]  sending to the rest of the users included in the list of users of all packets from the spooler encoded, with the dispatch being made from the computer which issues the synchronization order to each of the remaining computers**

Dropbox's system sends each user's locally packaged, encrypted change packets through secure SSL/TLS connections to Dropbox servers, which then relay those updates to all other linked collaborators' devices—functionally fulfilling the claim step of transmitting encoded packets from one user's computer to the rest for document synchronization, for example, Dropbox says, "**All of these Clients connect to secure servers … allow file sharing with others and update linked devices when files are added, changed, or deleted**."; "**Your entire team can work on the same document from anywhere in the world, with no delays**." "**Dropbox uses secure socket layers (SSL)/ Transport layer security (TLS) for data Transfer.**"



### Encryption

Dropbox files and Dropbox Paper docs at rest are encrypted using 256-bit Advanced Encryption Standard (AES). To protect data in transit between Dropbox apps (currently desktop, mobile, API, or web) and our servers, Dropbox uses Secure Sockets Layer (SSL)/Transport Layer Security (TLS) for data transfer, creating a secure tunnel protected by

*https://www.dropbox.com/business/trust/security/architecture*

### 2. TLS

TLS is encryption for data in transit, not data at rest.  That means that the end host or recipient in a TLS connection must be able to decrypt the encrypted traffic sent to it in order to be processed and/or displayed in the web browser.  When you capture your own

*https://cyber-defense.sans.org/resources/papers/gsec/ssl-tls-hood-126976*

File infrastructure

All of these clients connect to secure servers to provide access to files, allow file sharing with others, and update linked devices when files are added, changed, or deleted.

*https://www.dropbox.com/business/trust/security/architecture*

Dropbox Paper lets your team work collaboratively in real time. Your entire team can work on the same document from anywhere in the world, with no delays.

*https://www.dropbox.com/resources/collaboration-software*

11

# US7313580 Claim 1

| | |
|---|---|
| **[1.4] receipt of the packets by the rest of the computers with decoding of them taking place to transform them into packets of resources to be incorporated**, according to the sending sequence, into the copies of the document of the users receiving them | Dropbox Paper allows all team members to collaborate in real time by receiving encrypted "**TLS**" update messages from the server, decoding them, and automatically applying each change in order so that every user's document copy is updated consistently, for example, Dropbox says on their website, "**Paper enables team members to work on documents simultaneously to boost efficiency and improve collaboration**." and  "**Dropbox can encourage and improve collaboration by bringing files, tools, and people together in a single space. Team collaboration can be effortless when everything you need to get your best work done has intuitive organization, is easy to find, and securely shareable with teammates and external partners**"  Each client receives update messages, decodes, "**TLS**", and applies them in sequence. Exactly the "receipt → decode → apply to copy" logic of Claim 1. |

How does Dropbox encourage and improve team collaboration?
Dropbox can encourage and improve collaboration by bringing files, tools, and people together in a single space. Team collaboration can be effortless when everything you need to get your best work done has intuitive organization, is easy to find, and securely shareable with teammates and external partners.
Dropbox Paper offers all these features to foster collaboration on content.

https://www.dropbox.com/features/content-collaboration

Take advantage of real-time content collaboration

Easily collaborate, edit, and share content. Paper enables team members to work on documents simultaneously to boost efficiency, keep feedback or decision-making in one place, and maintain accountability by tracking contributions.

https://www.dropbox.com/features/content-collaboration



*https://www.dropbox.com/business/trust/security/architecture*

## 2. TLS

TLS is encryption for data in transit, not data at rest.  That means that the end host or recipient in a TLS connection must be able to decrypt the encrypted traffic sent to it in order to be processed and/or displayed in the web browser.  When you capture your own data using an Internet browser from a secure connection that you initiated, you are able to

*https://cyber-defense.sans.org/resources/papers/gsec/ssl-tls-hood-126976*

# US7313580 Claim 1

| [1.5] **generation of the resources which allow the document to be updated from the decoded packet** | Dropbox's platform continuously applies received edits across devices so that changes made by any collaborator are instantly integrated and saved to the shared document, ensuring every user's copy is automatically updated in real time—directly fulfilling the claim step describing generation of resources that update the document from the decoded packets, for example, Dropbox says on their website, "**With Dropbox, teams can centralize their work all in one place and spend less time managing content and more time collaborating.**" and "**Collaborate seamlessly in real-time on Microsoft Office files across desktop, web, and mobile, with updates saved automatically to your Dropbox account.**" and "**With Paper, you and your teammates can all work together in one doc, at the same time. Changes are reflected immediately so you always see the most up-to-date version.**" |
|---|---|

With Dropbox, teams can centralize their work all in one place and spend less time managing content and more time collaborating.

https://aem.dropbox.com/en-us/features/content-collaboration

Collaborate seamlessly in real-time on Microsoft Office files across desktop, web, and mobile, with updates saved automatically to your Dropbox account.

https://help.dropbox.com/view-edit/collaborate-on-microsoft-office

Collaborate in real time

Gathering feedback helps move a project forward, but emailing files back and forth can lead to version control issues and one-off conversations. With Paper, you and your teammates can all work together in one doc, at the same time. Changes are reflected immediately so you always see the most up-to-date version. If you want to share feedback without editing the doc, you can just add a comment. Comments are visible to all collaborators, so everyone stays in the loop.

https://blog.dropbox.com/topics/work-culture/get-on-the-same-page-with-dropbox-paper

13

# US7313580 Claim 1

| | |
|---|---|
| [1.6] **transfer of the new document to the information manager for processing where all users have an exact copy of the updated document when all users carry out the synchronization order.** | Dropbox's servers act as the information manager ensuring consistency across clients. All users eventually possess identical document state. For example, "**All clients connect to secure servers to provide access to files, allow file sharing with others, and update linked devices when files are added, changed, or deleted.**" "**team members to work on documents simultaneously**". |

File infrastructure

All of these clients connect to secure servers to provide access to files, allow file sharing with others, and update linked devices when files are added, changed, or deleted.

https://www.dropbox.com/business/trust/security/architecture

# Take advantage of real-time content collaboration

Easily collaborate, edit, and share content. Paper enables team members to work on documents simultaneously to boost efficiency, keep feedback or decision-making in one place, and maintain accountability by tracking contributions.

https://www.dropbox.com/features/content-collaboration